UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VANESSA JEFFERSON,

        Plaintiff,
v.                                        Case No. 16-10167

COMMISSIONER OF SOCIAL        HON. TERRENCE G. BERG
SECURITY,                             HON. MONA K. MAJZOUB

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 24)**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's January 9, 2017 Report and Recommendation (Dkt. 24), recommending that Plaintiff's motion for summary judgment be granted, that Defendant's motion for summary judgment be denied, and that this matter be remanded for further discussion of Plaintiff's credibility and further analysis of her medical record.

The Court has reviewed the Magistrate Judge's Report and Recommendation, and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will,

therefore, accept the Magistrate Judge's Report and Recommendation of January 9, 2017, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Majzoub's Report and Recommendation of January 9, 2017 (Dkt. 24) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 15) is **GRANTED**, Defendant's motion for summary judgment (Dkt. 19) is **DENIED**, and that this matter is **REMANDED** for further discussion of Plaintiff's credibility and further analysis of her medical record and complaints, as discussed in the Report and Recommendation.

SO ORDERED.

Dated: January 30, 2017                     s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on January 30, 2017, using the CM/ECF system, which will send notification to all parties.

                                            s/A. Chubb
                                            Case Manager